UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DUREL JORDON BONILLA, :
:
                Petitioner, :
: 20-cv-2483 (VSB)
    -against- :
: **ORDER**
DIRECTOR THOMAS DECKER, et al., :
:
               Respondents. :
:
:
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On March 30, 2020, I held a hearing on Respondents' motion to transfer venue to the District of New Jersey. For the reasons stated on the record, it is hereby:

    ORDERED that Respondents' motion to transfer venue is GRANTED, and the case is transferred to the District of New Jersey;

    IT IS FURTHER ORDERED that the seven-day waiting period specified in Local Rule 83.1 is waived.

    The Clerk of Court is respectfully directed to close the motions at Documents 4 and 10, and to transfer the case forthwith to the District of New Jersey.

SO ORDERED.

Dated: March 30, 2020
      New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020